UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WADE FRAZIER,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

Case No. 3:17-cv-01328-JPG-DGW

## MEMORANDUM & ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Plaintiff Wade Frazier, pro se, has moved the Court to enter sanctions against defendant Trans Union, LLC pursuant to Federal Rules of Civil Procedure 37(b)(2)(A)(vi) and 16(f). (Doc. 12.) Frazier asks for $10,500.00 under Rule 16(f) because he alleges that counsel for Trans Union, LLC has failed to submit a joint scheduling report. Under the same theory, he requests an entry of default judgment under Rule 37(b)(2)(A)(vi). (*See* Doc. 11.) Basically, Frazier believes that Trans Union, LLC's alleged failure has hindered the Court from issuing a scheduling order in this case.

Frazier's allegation is incorrect: the Court has entered a scheduling order. (Doc. 16.) No "reasonable jurist, apprised of all the circumstances," would therefore choose to enter sanctions here, and the Court certainly declines to do so. *Long v. Steepro*, 213 F.3d 983, 986 (7th Cir. 2000). Accordingly, the Court **DENIES** Frazier's motion for sanctions. (Doc. 12.) The Court also **DENIES** Frazier's motion to "stay defendant's motion for judgment on the pleadings" (Doc. 17); there is no reason to issue a stay on anything in this case. The Court **REMINDS** Frazier that his response to the outstanding motion for judgment on the pleadings is due by May 29, 2018.

**IT IS SO ORDERED.**

1

**DATED:  APRIL 10, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　**s/ *J. Phil Gilbert***
　　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**